STATE OF NEW JERSEY v. CHARLES FARMS.

July 21, 1980.

Petition for certification denied.

TOWNSHIP OF JACKSON v. BERNARD LAKS.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROCCO F. ERRICO.

July 21, 1980.

Petition for certification denied.

MONMOUTH COUNTY WELFARE BOARD v. PAUL KISS.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND DANIELS.

July 21, 1980.

Petition for certification denied.